IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA GOULDBLUM                                                            PLAINTIFF

VS.                              CASE NO:     4:16-CV-936 KGB

ARKANSAS DEPARTMENT OF HUMAN SERVICES,
Cindy Gillespie, in her Official Capacity as
Director of the Arkansas Department of Human Services;
Steven Little, Individually and in his Official Capacity as
Director of Finance of the Arkansas Department of Human Services          DEFENDANTS

## MOTION TO DISMISS

Come now Defendants Arkansas Department of Human Services, Cindy Gillespie in her official capacity, and Steven Little in his official and individual capacities, by and through their attorneys, Jennifer L. Dedman and Amanda D. Land, of the Arkansas Department of Human Services, Office of Chief Counsel, and for its Motion to Dismiss, states:

1.    Plaintiff, Sandra Gouldblum (hereinafter "Ms. Gouldblum" or "Plaintiff"), filed her Complaint against Defendants Arkansas Department of Human Services, Cindy Gillespie in her official capacity as Director of the Arkansas Department of Human Services, and Steven Little in his individual capacity and in his official capacity as Director of Finance, on December 30, 2016. Plaintiff served her complaint on March 30, 2017.

2.    In her Complaint, Plaintiff alleges claims for employment discrimination based on national origin, race, and retaliation pursuant to the Arkansas Civil Rights Act and Title VII of the Civil Rights Act of 1964.

3.    In her Complaint, Plaintiff also alleges employment discrimination based on gender pursuant to the Arkansas Civil Rights Act.

1

4. The Complaint against Defendant Arkansas Department of Human Services should be dismissed by this Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for the following reasons:

    a. Plaintiff fails to state a claim upon which relief may be granted, as required by Rule 12(b)(6) of the Federal Rules of Civil Procedure;

    b. Plaintiff does not sufficiently allege facts which, if true, would entitle her to relief under Rule 8(a)(2) of the Federal Rules of Civil Procedure;

    c. Plaintiff's claims of employment discrimination based on the Arkansas Civil Rights Act, codified at Ark. Code Ann. §16-123-101 et seq., are barred by sovereign immunity under Ark. Code Ann. §16-123-104, creating jurisdictional immunity from suit under Federal Rule of Civil Procedure 12(b)(1); and

    d. To the extent Plaintiff raises claims of discrimination based on her race, these claims are barred because Plaintiff has failed to exhaust her administrative remedies.

5. In addition, Defendant Steven Little should be dismissed in his individual capacity under Rule 12(b)(6) of the Federal Rules of Civil Procedure for the following reasons:

    a. Defendant Little is shielded from individual liability under Title VII;

    b. To the extent Plaintiff intended to rely upon 42 U.S.C. §1983 to establish individual liability on the part of Defendant Little (see ¶48 of Plaintiff's Complaint and ¶6 of Plaintiff's Wherefore Clause), such claims are barred due to qualified immunity; and

      c.    Defendant Little is shielded from individual liability under the Arkansas Civil Rights Act because he does not meet the definition of "employer" under Ark. Code Ann. §16-123-102(5).

6. In support of this Motion, Defendants have attached Plaintiff's EEOC Charge of Discrimination hereto as Exhibit "A," which is incorporated herein by reference.

7. This Motion is supported by an accompanying brief, which is being filed contemporaneously herewith and is incorporated herein by reference.

WHEREFORE, the Arkansas Department of Human Services, Cindy Gillespie in her official capacity, and Steven Little in his official and individual capacities, move this Court to enter an Order dismissing the Complaint for failure to state a claim upon which relief may be granted; in addition dismissing Defendant Steve Little in his Individual Capacity; for its attorneys' fees and costs; and for all other just and proper relief to which it may be entitled.

    Respectfully submitted,

    Arkansas Department of Human Services
    Office of Chief Counsel

By: */s/ Jennifer L. Dedman*
    Jennifer L. Dedman, Ark. Bar No. 2010204
    Amanda D. Land, Ark. Bar No. 2012135
    P.O. Box 1437, Slot S-260
    Little Rock, AR 72203-1437
    (501) 396-6189
    (501) 682-1390 facsimile
    Jennifer.Dedman@dhs.arkansas.gov

## CERTIFICATE OF SERVICE

  I, Jennifer Dedman, certify that a copy of the foregoing pleading was served on April 20, 2017, via the Court's electronic filing system, to:

Amelia Lafont, Esq.
P.O. Box 56102
Little Rock, AR 72215

              */s/ Jennifer L. Dedman*
              Jennifer L. Dedman