EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: [ ] FEPA  [X] EEOC

Agency(ies) Charge No(s): 2016-01836

RECEIVED SEP 26 2016

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Sandra S. Gouldburn | (501) 539-2473 | 06-09-1960 |

Street Address: 8317 Count Massie Apt 102, North Little Rock, AR 72113

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ARKANSAS DEPARTMENT OF HUMAN SERVICES Office of Finance, Director of Finance (DYS AD & CFO before July 1, 2016.) | +7,000 | |

Street Address: 700 Main Donaghey Bldg, Little Rock, AR 72201

DISCRIMINATION BASED ON:
[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[X] OTHER (Specify) Equal Pay Act

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: _____  Latest: _____
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired on January 25, 2016 as a Budget Manager, Grade C119 at the Department of Human Services. My duties included full supervision of an Accountant II, a White American Female. My National Origin is Panamanian.

I am the only non American employee working for my supervisor. I am also the only non American Supervisor. I was treated differently that other employees and supervisors similarly situated to me outside of my protected class, I was exposed to different terms and conditions of employment including, but not limited to:

- I was made to endure the humiliation caused by the discriminatory behavior of my subordinate, who has refused to be supervised by me in a pattern that has continued to the present. My supervisors have condoned and enabled this behavior all along. My subordinate has been enabled to accept my supervision when she feels like and ignore and refuse it when she feels like. My subordinate has never had any problem or refused being supervised by the American Supervisors and Managers,

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____
Date | Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EXHIBIT "A"

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 493-2016-01836 |

and EEOC

State or local Agency, if any

regardless of if they know her job duties or not. She willingly seeks their instructions and follows their directions, bypassing me and relegating me to a "cc" on her emails.

- From the onset, when I attempted to supervise the employee under my supervision, she discriminated against me by refusing, challenging my authority, and running to my supervisor to seek protection from me, which she was effectively given on numerous occasions. I am the only supervisor that has not been allowed to supervise my employee. All the Americans supervisors were and are allowed to conduct full supervision over their subordinates.

- On one occasion, when I insisted on fulfilling the supervisory duties listed on my Job Description, my subordinate told me in front of my supervisor: "leave me alone, don't talk to me, send me emails, stop interrupting me". She said this while crying copiously. My supervisor condoned this behavior by consoling my subordinate with the following "what can I do to help you? All this happened in front of me and when I attempted to tell my supervisor that she was not acting properly by consoling my subordinate, she said nothing and allowed my subordinate to walk out, leaving us just standing there.

- On another occasion, when, accompanied by my supervisor, I again approached my subordinate to try to supervise her, she started to cry again, and totally ignoring me, said to my supervisor "this is ridiculous!" "she cannot supervise me" and then she threatened "if you insist on her supervising me I am going to leave!" "I am going right now the let our manager know" "why is he doing this to me?" "what have I done?" "why is he punishing me". And she ran off, crying, storming into the managers' office to vent her frustration regarding having to be supervised by me.

- Occasionally, my immediate supervisor would add insult to injury by saying things like "she is a good employee, she does not need supervision, leave her alone". This discrimination is a continual pattern that is still ongoing in the present.

As a result of a reorganization and the retirement of my immediate supervisor, starting on July 1, 2016, my manager/supervisor has discriminated against me by forcing me to take on all the resulting workload stemming from 3 full time positions, refusing to distribute the work among the American employees; effectively sparing and protecting them from the exhaustion, stress, harassment, and hostile environment that he has exposed me to.

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| *[signature]*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

No American employee or supervisor was given any of the workload resulting from these 3 full time positions. My supervisor/manager could have easily done this, since he has one manager with a higher grade than me (C122), one employee with the same grade as me (C119) and 3 employees grade C117. All these employees have more tenure than I do. In fact, one of these employees grade C117 has been working in our office for over 10 years. And another employee grade C117 is so well qualified in the finance field that she recently applied for and was hired for a position 10 grades higher, a C127. So my supervisor had several employees among whom he could have distributed the work. But he chose to spare his American employees and harass the Panamanian employee.

When I asked my supervisor if he was treating me differently and harsher than his American employees because I am Panamanian, he answered: "Yes, you are a Panamanian" and "I don't know how it is done in Panama, but this is the way it is done in Little Rock, Arkansas".

So, taking advantage of my National Origin, my supervisor blatantly violated the employment and compensation laws of the United States by exposing me to the following discriminatory treatment:

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____   _____
Date                        Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA  ☒ EEOC

Agency(ies) Charge No(s): **493-2016-01836**

and EEOC

State or local Agency, if any

- I was and I am still being subjected to an Adverse Employment Action and exploited because I was permanently assigned the job of 2 full time employees, a Contract Manager C122, Position #22109712 and the Contract Coordinator C117, Position #22110021, in what amounts to a "veiled" hiring decision, for which I am not been compensated, even though my employer is receiving a benefit from my work and at the same time saving money at my expense. Further, his actions speaks loud and clear: "I will not burden my fellow American employees. I have a Panamanian who wanted to work in Little Rock Arkansas, then let her be the workhorse. And let her do the work of these two positions without pay". The former Contract Manager (a male) was being paid $25.85/hour and the Contract Coordinator $15.80/hour. (The incumbents of these positions were transferred to another office due to the reorganization, but their jobs functions remained under my supervisor). No American employee under my supervisor was or is being subjected to this treatment.

- I was subjected to an Adverse Employment Action when I was illegally assigned the complex job functions of two higher graded managerial positions for which I did not apply and for which I do not qualify: the Finance Manager, Position #2211066 and the Contract Manager, Position #22109712. My supervisor has never verified if I qualify for these jobs or not. He recently advertised the Finance Manager position at a rate of $19.85/hour and hired a male at a rate of $24.00/hour. I did not apply for this job. No American employee under my supervisor was or is being subjected to this treatment. The former and current Finance Manager and the former Contract Manager are Americans.

- Even though my supervisor has never followed the Department of Human Services legal hiring procedures to verify if I qualify for the new jobs he has assigned me, he has constantly harangued, harassed and criticized me about my performance of these complex jobs and threatened to give me a negative assessment on my upcoming performance evaluation, engaging in a egregious psychological attack that created a hostile environment for me. No American employee under my supervisor has been assigned and harassed about complex jobs for which they do not qualify and for which they have not applied.

- I was physically, emotionally and mentally harassed when my supervisor, knowingly and intentionally, increased my workload from 8 hours to 32 hours, requiring me to work on weekends and late hours in an impossible and stressful attempt to comply. These were not duties similar to the ones on my Job Description and for which I was hired, Budget Manager, C119, Position #22100271. This was not a "de minimis" job assignment. These were different and complex duties, unknown to me and which he forced upon me without training me or verifying my qualification. In fact, this discriminatory action of my supervisor; forcing me and harassing me to perform complex and numerous duties for which I am not qualified, drove me to total exhaustion and physical and emotional distress. Under the watchful eyes of my supervisor, no American employee was subjected to this treatment, while the only non-American employee was.

- My supervisor has intentionally created obstacles and interfered with my ability to do the job I was hired for, Budget Manager, by assigning me the complex functions of higher graded positions and positions outside of the Budget field, without any training. I applied for the Budget Analyst job because that is the field I have

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_September 16, 2016_   _[signature]_
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 493-2016-01836 |
| | State or local Agency, if any | and EEOC |

experience in. Forcing me to do contractual work and the finance manager duties without training and under intense stress, was akin to setting me up for failure, in all jobs. No American employee under my supervisor was subjected to this treatment.

- My supervisor has intentionally created obstacles and interfered with my "right" to learn the duties and responsibilities of the job I was hired for, "Budget Manager", by denying me the opportunity to supervise my subordinate, to establish a working relationship with her, and to learn about and participate in her daily work assignments. No American supervisor under my supervisor was subjected to this treatment. All American supervisors were given full supervisory authority and supported/enabled in their supervision.

## RETALIATION

On or around July 25, 2016, I complained to my supervisor about discrimination. I told him that I believed my subordinate was discriminating against me because of National Origin. Instead of addressing my discrimination concerns, my supervisor, a longtime Executive within the organization who should have known better, proceeded to defend my subordinate, in a veiled "reprimand" reply. In disbelieve, I listened to him justify my subordinate's behavior while at the same time belittling my complaint. He said that she was not discriminating against me. He said that she was "having a bad day" on the days she had the crying outbursts. He said that I could not do my job if she did not do hers. He said that she was a good employee. He said that she had more tenure than I did. He said she was young and that I needed to understand her. He said that she behaved the way she did because her boyfriend's job caused him to be on the road a lot and this led to her loneliness. After listening to him take the side of my subordinate for several minutes, I told him that he was condoning my subordinate's discriminatory behavior, and that, by so doing, then he was also discriminating against me.

After this, my supervisor created a retaliatory hostile environment by:

- Forcing me to "run the shop" for him. Under daily criticism, harassment and intimidation, I was forced to be "in charge" of the full operation and day to day business of the Finance Section, including supervising employees with job functions different from mine. On the occasions that I dared to question this harassing treatment and seek relief from the excessive workload and delicate responsibilities, his answer was "I don't give a squat about what goes on out there (in the finance section)" "you have no choice" "when I say to do something, you do it" "I say what your work is" and "don't be coming in to my office expecting me to train you, because I don't know either". No American employee was forced to "run the shop" nor has been subjected to this treatment.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| [signature] _____<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 493-2016-01836 |

and EEOC
_State or local Agency, if any_

- Stripped me of my supervisory responsibility over my subordinate and demoted me to "only conduct her performance evaluations and approve her time". Thus, my supervisor officially endorsed and upheld my subordinate's discriminatory refusal to be supervised by me. Approving her behavior and granting her wishes, he emphatically forbade me to assign her or delegate any work. Essentially, my supervisor hired me to supervise and then punished me for trying to do so, because my subordinate has discriminatorily and continually refused to be supervised by me. No American supervisor under my supervisor has been subjected to this treatment.
- Intensified his harassment by increasing my already overburdened workload from 32 hours to 40 hours by assigning me the workload of a Grant Analyst who went on vacation. No American employee under my supervisor has been subjected to this treatment.
- On more than one occasion, sending his secretary to call me insistently to his office while I was using the restroom. No American employee under my supervisor has been subjected to this treatment.

- In an effort to dissuade me from further complaining about the discriminatory treatment, he exposed me to a hostile job environment where he criticized, threatened and retaliated against me when I dared to ask for fairness or "patted me on the head" when I submitted to the abuse, effectively instituting a rollercoaster and hostile case of "positive reinforcement, negative reinforcement". For example, when my supervisor was pleased with the Performance Evaluation I gave the subordinate I had complained to him about, he immediately offered to send me on a TDY trip to Washington in November, because, as he said, "you did good on that evaluation".

- Segregated and targeted me to humiliate and punish me for complaining about the discriminatory treatment and to dissuade me from further complaining, by planning and conducting a retaliatory "reprimand meeting" to introduce me to my new supervisor on his first day on the job. This was the first interaction my new supervisor and I were forced to experience, and this was the first job duty/meeting my new supervisor was made to attend. In this meeting, I was not asked any questions or allowed to talk. In front of my new supervisor and behind closed doors, my supervisor/manager chastised me for "not copying him on an email", told me that I needed to keep people "his level and above" in the loop and warned me "I do not want to have this conversation again". I was then asked to leave his office. This is the way my new supervisor was introduced to me. On the first day and at the first hour. Of course, the tacit message to him was "this is a problematic employee: keep your eyes on her". All other employees outside of my protected class got to meet our new supervisor in a "greet and meet" meeting afterwards. No American employee was segregated or harassed in this manner. No American employee with offenses equal, similar or more serious than "not copying him on an email" were subjected to this treatment. Only me, the Panamanian employee, was.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

_____   _____
Date                       Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 493-2016-01836 |
| | | and EEOC |

State or local Agency, if any

- Created an unhealthy job environment for me, both physically and mentally, by overworking and overexerting me to the limit. On several occasions I told my supervisor how tired, exhausted and stressed I was. I begged him to distribute the workload among my American co-workers. He denied my cries for relief and just said "you have no choice", "hang in there", "when I say to do something, you do it", "I don't have the fault that there was a reorganization" and "I don't give a squat." And, of course, "this is the way it is done in Little Rock, Arkansas".

- Created an abusive work environment by intentionally lying to me about the policies of the Department of Human Services and the laws of the State of Arkansas, which prohibit the adverse employment actions and discriminatory treatment that he engaged in. When I asked him why he was not treating my American co-workers the same way he was treating me, he said that policy allowed him to and that my co-workers "had their own job" and "that they would not know a Purchase Order if they saw one".

- Created and intolerable, severe and pervasive hostile environment that, over time, drove me to overwhelming exhaustion and affected my psychological, emotional, and physical wellbeing, and which was the direct cause of a collapse/breakdown I had on the job on August 29, 2016, when I had to be rushed by ambulance to a local hospital's emergency room. The discrimination and retaliation that I have been exposed to for months have taken their toll and have caused me to lose enjoyment in my job as well as emotional anguish, pain, and suffering for which I am currently being medicated.

- Calling me to his office and having me escorted by his secretary and my new supervisor and having them present for all interactions with me, even for petty issues such as signing my subordinate's performance evaluation. No American employee under my supervisor has been subjected to this treatment.

- Currently continuing the retaliatory treatment by disregarding the fact that the hostile environment that he created led me directly to a breakdown and to the emergency room and still ignoring my requests to meet to evaluate the legal and personnel ramifications of assigning me jobs for which I do not qualify, for which I have not applied and which are not "de minimis" job assignments, as well as to discuss my compensation for these jobs. This ongoing refusal on the part of my supervisor to treat me with fairness and according to the employment and fair compensation laws of the United States continue to affect my workday, my performance, my job enjoyment, and my physical and emotional wellbeing. No American employee under my supervisor is being subjected to this treatment.

I believe that I have been discriminated against, subjected to different terms and conditions of employment, harassed and exposed to a hostile environment and denied fair compensation because of my National Origin, Panamanian, and in retaliation for having complained about discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe that I have been discriminated due to my sex, female, by being denied equal compensation as employees situated outside of my protected class, in violation of the Equal Pay Act of 1963.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| [signature / date]<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |