IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SANDRA GOULDBLUM                                                                PLAINTIFF

v.                    NO. 4:16-CV-00936 KGB

ARKANSAS DEPARTMENT OF
HUMAN SERVICES, *et al.*                                                        DEFENDANTS

# DEFENDANTS' RULE 26(f) REPORT

Come now the Defendants, the Arkansas Department of Human Services and Steven Little, by and through counsel, Nick Windle, and for their Rule 26(f) Report, hereby state as follows:

1. **Any change in timing, form, or requirement of mandatory disclosures under FED. R. CIV. P. 26 (A).**

    None

2. **Date when mandatory disclosures were or will be made.**

    Defendants made initial disclosures on May 15, 2018.

3. **Subjects on which discovery may be needed.**

    Plaintiff's employee records.
    All facts alleged or referred to in Plaintiff's Complaint.
    All affirmative defenses asserted in Defendant's Answer.

4. **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.**

    Defendant is unaware of any such materials at this time, but will disclose the need if it becomes necessary.

5. **Date by which discovery should be completed.**

July 11, 2018

6. **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

   Not at this time

7. **Any Orders, e.g., protective orders, which should be entered.**

   None

8. **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

   None

9. **Any objections to the proposed trial date.**

   No objections

10. **Proposed deadline for joining other parties and amending the pleadings.**

    April 2, 2018

11. **Proposed deadline for completing discovery.**

    July 11, 2018

12. **Proposed deadline for filing motions.**

    July 26, 2018 (with the exception of motions in limine).

>Respectfully submitted,
>
>Arkansas Department of Human Services
>Office of Chief Counsel
>
>By: /s/ Nick Windle
>     Nick Windle, No. 2010060
>     P.O. Box 1437, Slot S-260
>     Little Rock, AR  72203-1437

        501-320-6371
        501-682-1390 facsimile
        nicholas.windle@dhs.arkansas.gov

**Certificate of Service**

I, Nick Windle, certify that a copy of the foregoing was served on June 21, 2018, via e-mail to:

    Amelia Lafont
    Attorneylafont@gmail.com

        <u>/s/ Nick Windle</u>
        Nick Windle