IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SANDRA GOULDBURN**                                                                          **PLAINTIFF**

**v.**                               **Case No. 4:16-cv-00936-KGB**

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES,** *et al.*                                                 **DEFENDANTS**

## ORDER

Before the Court is plaintiff Sandra Gouldburn's motion for voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 27). In her motion, Ms. Gouldburn moves to dismiss her case without prejudice (*Id.*). Defendants have also filed a motion to dismiss without prejudice for Ms. Gouldburn's alleged failure to comply with this Court's Order of March 24, 2019, and for failure to prosecute the case (Dkt. No. 26). Per Federal Rule of Civil Procedure 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." Defendants have filed no answers or motions for summary judgment in this action.

Therefore, for good cause shown and pursuant to Rule 41(a)(1)(A)(i), the Court grants Ms. Gouldburn's motion for voluntary dismissal (Dkt. No. 27). The claims in this case are dismissed without prejudice. The Court denies as moot defendants' motion to dismiss (Dkt. No. 26). The trial in this matter currently set for the week of June 17, 2019, is hereby removed from the trial docket.

It is so ordered, this the 15th day of May, 2019.

                                                                               Kristine G. Baker
                                                                               United States District Judge